IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **Michael Lauer, Board of Trustees Chairman, and** ) <br> **William Nix, Board of Trustees Secretary, on behalf** ) <br> of the **INDIANA STATE COUNCIL OF CARPENTERS** ) <br> **PENSION FUND; et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> vs. ) <br> ) <br> **HENRY CAP CONSTRUCTION, INC.** ) <br> and **DANIEL HENRY,** ) <br> ) <br> **Defendants.** ) | CASE NO. 2:10-CV-171 |

## ORDER AND DEFAULT JUDGMENT

This case coming to be heard on Plaintiffs' Verified Motion to Court to Enter An Order and Default Judgment Against Defendants and this Court being fully advised in the premises

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that Defendants **HENRY CAP CONSTRUCTION, INC.** and **DANIEL HENRY** shall pay:

(1)     $32,392.29 in delinquent contributions, deductions and interest to the Plaintiffs for the period of November 2009 and March 2010 through June 2010;

(2)     $1,100.00 and $350.00, respectively, in attorneys' fees and costs to Plaintiffs; and,

(3)     Statutory post-judgment interest at a rate of 0.23% to Plaintiffs on $29,447.54 in principal contributions and deductions.

> s/William C. Lee
> Judge, United States District Court

Entered:  November 3, 2010

cc:     Paul T. Berkowitz, Paul T. Berkowitz & Associates, Ltd., Suite 600, 123 West Madison Street, Chicago, Illinois 60602
Mr. Daniel Henry, Pres. Henry Cap Construction, 1112 Clay Street, Mishawaka, Indiana 46545
Mr. Jeffery A. Johnson, Reg. Agent, Henry Cap Const., c/o May Oberfell Lorber, 4100 Edison Lake Pkwy. #100, Mishawaka, Indiana 46545